IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | No. C 08-05514 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| MANUEL MARMOLETOS and DOES 1–10, inclusive, | |
| Defendants. | |

On the assumption that Manuel Marmoletos is the only defendant in this case, the case management conference is **CONTINUED** to **APRIL 16, 2009**, so long as plaintiff files the motion for default judgment by March 12, 2009, and represents therein that there will be no other defendants in this case.

**IT IS SO ORDERED.**

Dated: March 2, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE