IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MANUEL MARMOLETOS, and<br>DOES 1–10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 08-05514 WHA<br><br><br>**ORDER RE SNAFU IN<br>USING WRONG NAME** |

　　　Due to counsel's error in misspelling the name of the defendant, the default judgment is now **VACATED**. Plaintiff must start all over, amend the complaint, serve a new summons and complaint, await a default, and then move for a new default judgment.

　　　**IT IS SO ORDERED.**

Dated: April 29, 2009.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE