IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL MARMOLETOS aka MANUEL MARMOLEJOS, and DOES 1-10, inclusive,<br><br>    Defendants.<br>                           / | No. C 08-05514 WHA<br><br>**ORDER TO SHOW CAUSE** |

On April 24, 2009, plaintiff filed an amended complaint. On May 13, 2009, plaintiff filed a proof of service indicating that service of the summons and complaint had been executed. Defendant has not answered or moved to dismiss. Plaintiff has not moved for entry of default. Plaintiff is ordered to show cause in writing by **NOON ON SEPTEMBER 8, 2009**, as to why this action should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 31, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE