J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
Nicole L. Drey (SBN 250235)
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

andy@coombspc.com
annie@coombspc.com
nicole@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Manuel Marmoletos a/k/a Manuel Marmolejos, and Does 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. C 08-05514 WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE AND REQUEST FOR ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS |

　　　　The Court has read and considered all papers filed in connection with Plaintiff's *Ex Parte* Application for Leave to Take Immediate Discovery Prior to Rule 26(f) Conference and Request for Enlargement of Time Within Which to Effect Service of Process ("the Application").

　　　　IT IS HEREBY ORDERED that the Application is granted.

　　　　IT IS FURTHER ORDERED that Plaintiff may serve immediate discovery on Amazon.com, Inc. ("Amazon"), by serving Fed. R. Civ. P. 45 subpoenas, which seek information sufficient to conclusively identify and locate Manuel Marmoletos a/k/a Manuel Marmolejos ("Defendant") doing business as Amazon seller "marmomn," including names, addresses, telephone numbers, identity of the Defendant's financial institution(s), and other email address(es) for the Defendant. Should Plaintiff fail to learn the identities, whereabouts, or legal status of Defendant from the service of these subpoenas, Plaintiff may serve additional subpoenas seeking

the same information upon other persons or entities revealed by the limited discovery from the three entities described above.

If Amazon, or any subsequent necessary entity served, wishes to file a motion to quash the subpoenas or to serve objections, it must do so before the return date of the subpoenas, which shall be no less than twenty-one (21) days from the date of service of the subpoenas. Among other things, Amazon, or any subsequent necessary entity served, may use this time to notify the subscribers in question.

Amazon, and any subsequent necessary entity served, shall preserve any subpoenaed information or materials pending compliance with the subpoenas or resolution of any timely objection or motion to quash.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this order on Amazon, and any subsequent necessary entity, when it serves the subpoenas.

IT IS FURTHER ORDERED that any information disclosed to Plaintiff in response to the Fed. R. Civ. P. 45 subpoenas may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights under the Copyright Act.

IT IS FURTHER ORDERED THAT Plaintiff shall have a ninety (90) day enlargement of time within which to serve Defendant with Summons and Complaint, and in no event later than November 20, 2009.   Come in for a cmc on September 24, 2009, at 11:00 a.m.  Please file a statement at least seven days prior.

Dated: September 2, 2009.

~~Magistrate~~ Judge, United States District Court for the Northern District of California



Presented By:

J. Andrew Coombs, A Prof. Corp.

By: /s/ Nicole L. Drey
    J. Andrew Coombs
    Annie S. Wang
    Nicole L. Drey
Attorneys for Plaintiff
Adobe Systems Incorporated

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On September 1, 2009, I served on the interested parties in this action with the:

- *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE AND REQUEST FOR ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS; DECLARATIONS IN SUPPORT THEREOF
- [PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE AND REQUEST FOR ENLARGEMENT OF TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS
- DECLARATION OF NICOLE L. DREY IN RESPONSE TO ORDER TO SHOW CAUSE

for the following civil action:

<u>Adobe Systems Incorporated v. Marmoletos, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Manuel Marmoletos a/k/a Manuel Marmolejos<br>350 Audobon Ave., #2<br>New York, NY 10033-4233 | Manuel Marmoletos<br>605 W. 170th St., #3-G<br>New York, NY 10032 |
|---|---|

Place of Mailing: Glendale, California
Executed on September 1, 2009, at Glendale, California.

_____
Nicole L. Drey